# NO. 12-21-00121-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *LONGVIEW EDUCATORS ASSOCIATION AND THE TEXAS STATE TEACHERS ASSOCIATION, APPELLANTS* | § | *APPEAL FROM THE* |
| *V.* | | |
| *THE LONGVIEW INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES, IN THEIR OFFICIAL CAPACITY: VIRGINIA NORTHCUTT, SHANDREKA BAUER, AVA WELGE, DR. CHRIS MACK, MICHAEL TUBB, AND DR. TROY SIMMONS,* | § | *COUNTY COURT AT LAW NO. 2* |
| *APPELLEES* | § | *GREGG COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(c).

A party who is not excused by statute or the appellate rules from paying costs must pay-- at the time an item is presented for filing--whatever fees are required by statute or Texas Supreme Court order. TEX. R. APP. P. 5; *see* TEX. R. APP. P. 20.1. An appellate court may enforce Rule 5 by any order that is just. TEX. R. APP. P. 5. After giving ten days' notice, an appellate court may dismiss an appeal because the appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3(c).

On July 29, 2021, the Clerk of this Court notified Appellants, Longview Educators Association and the Texas State Teachers Association, that the filing fee in this appeal is due. Appellants were informed that failure to remit the filing fee on or before August 9, would result in the Court's taking appropriate action, including dismissal of the case without further notice. *See* TEX. R. APP. P. 42.3(c). The date for remitting the filing fee passed, and Appellants have not responded to this Court's notice, paid the filing fee, or otherwise shown that they are excused from paying the fee.

Because Appellants failed, after notice, to comply with Rule 5, the appeal is ***dismissed***.[1] *See* TEX. R. APP. P. 42.3(c).

Opinion delivered August 18, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] We also note that Appellants have not filed the required docketing statement. *See* TEX. R. APP. P. 32.1.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 18, 2021**

**NO. 12-21-00121-CV**

**LONGVIEW EDUCATORS ASSOCIATION AND
THE TEXAS STATE TEACHERS ASSOCIATION,**
Appellants
V.
**THE LONGVIEW INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES, IN
THEIR OFFICIAL CAPACITY: VIRGINIA NORTHCUTT, SHANDREKA BAUER,
AVA WELGE, DR. CHRIS MACK, MICHAEL TUBB, AND DR. TROY SIMMONS,**
Appellees

Appeal from the County Court at Law No. 2

of Gregg County, Texas (Tr.Ct.No. 2020-231-CCL2)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*